IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CATHI CLEVEN, TARA CLEVEN, ARELI ARELLANO and JOE L. MARTINEZ, for themselves and all others similarly situated,<br>　　　　　Plaintiffs,<br>V.<br><br>MID-AMERICA APARTMENT COMMUNITIES, INC. as General Partner of MID-AMERICA APARTMENTS, LP, MID-AMERICA APARTMENTS, LP Individually and as General Partner of CMS/COLONIAL MULTIFAMILY CANYON CREEK JV LP, AND CMS COLONIAL MULTIFAMILY CANYON CREEK JV LP,<br>　　　　　Defendants. | §§§§§§§§§§§§§§§§§  CAUSE NO. 1:16-CV-820-RP |

## ORDER

Previously, the court entered an order setting Plaintiffs' Motion to Certify Class (Dkt. #75, unsealed, and #82, sealed) for hearing on Thursday, November 2, 2017. Dkt. #95. Since the court's order, Defendants' Motion to Strike Declarations of Kevin Jewell & James Prutsman (Dkt. #99) was referred to the undersigned. It appears to the court that a hearing on Defendants' Motion to Strike would help advance resolution of the issues set forth therein.

Accordingly, at the November 2, 2017 hearing, it is **ORDERED** that counsel shall be prepared for arguments on Defendants' Motion to Strike (Dkt. #99). Arguments, witnesses, and exhibits shall not be received on Plaintiffs' Motion to Certify Class (Dkt. #75; #82) at that time. The court will reconvene at a later date for a hearing on Plaintiffs' Motion to Certify Class.

SIGNED October 26, 2017.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　MARK LANE
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE